# United States District Court Western District of North Carolina Statesville Division

| | | |
|---|---|---|
| **Matthew Walter Farmer,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:16-cv-00152-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| **Nora Hunt et al,** | ) | |
| | ) | |
| Respondent(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 2, 2017 Order.

August 2, 2017

Frank G. Johns, Clerk
United States District Court